# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

SOLO BRANDS, LLC.
Plaintiff

v.

SOLOKOOL, LLC.
Defendant

4:25-cv-799
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, SOLO BRANDS, LLC.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Solo Brands, LLC d/b/a Solo Stove is a subsidiary of Solo Brands, Inc. Solo Brands, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

SOLO BRANDS, LLC., SOLOKOOL, LLC

| | |
|---|---|
| Date: | July 26, 2025 |
| Signature: | /s/ Bina Palnitkar |
| Print Name: | Bina Palnitkar |
| Bar Number: | 24070378 |
| Address: | 2200 Ross Avenue, Suite 5200 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | (214) 665-3600 |
| Fax: | (214) 665-3601 |
| E-Mail: | palnitkarb@gtlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.