# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Solo Brands, LLC
Plaintiff

v.

4:25-cv-00799-O
Civil Action No.

SoloKool LLC
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant SoloKool LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Robert Vu, Jacqueline Vu, Justin Vu, and Lance Vu.

|                  |                                  |
|------------------|----------------------------------|
| Date:            | September 26, 2025               |
| Signature:       | /s/ Michael E. Wilson            |
| Print Name:      | Michael E. Wilson, phv pending   |
| Bar Number:      | 21704650                         |
| Address:         | 1223 Commercial St.              |
| City, State, Zip:| Bellingham, WA  98225            |
| Telephone:       | 713-569-1198                     |
| Fax:             | 360-524-4393                     |
| E-Mail:          | Mike@MikeWilson.Law              |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.