**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
<u>FORT WORTH DIVISION</u>**

| | | |
|---|---|---|
| SOLO BRANDS, LLC | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-CV-00799-O |
| | § | |
| v. | § | |
| | § | |
| SOLOKOOL LLC, | § | Jury Trial Demanded |
| | § | |
| *Defendant.* | § | |

**<u>APPENDIX TO SOLOKOOL'S MOTION TO STRIKE</u>**

| <u>ITEM</u> | <u>PAGES</u> |
|---|---|
| 1. Declaration of Robert Vu | 2-3 |
| 2. Declaration of Michael Wilson | 4-6 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
<u>FORT WORTH DIVISION</u>**

| | | |
|---|---|---|
| SOLO BRANDS, LLC | § | |
| | § | |
|     *Plaintiff,* | § | Civil Action No. 4:25-CV-00799-O |
| | § | |
| v. | § | |
| | § | |
| SOLOKOOL LLC, | § | Jury Trial Demanded |
| | § | |
|     *Defendant.* | § | |

## <u>DECLARATION OF ROBERT VU</u>

1. I, Robert Vu, am more than 18 years old and competent to make this declaration.

2. I am a resident of Houston, Texas, and I am a citizen of the United States. I, my wife, and my two sons own SoloKool LLC, the defendant here.

3. In 2008, I developed a French-press style product for brewing coffee or tea. The trademark that I used for that product in 2008 and later was SOLOBREW.

4. In 2010, I developed a reusable coffee or tea filter for use in brewing machines such a Keurig brand coffee maker. That product was sold under the trademark SOLOFILL. Millions of units have been sold under that name in retail and on-line stores beginning in 2010.

5. I developed other products after 2010 and before 2020, all related to coffee or tea brewing in one way or another. Trademarks for those products were SOLOPAD, SOLOPOD, and SOLOGRIND.

6. In 2018, I began work to design a new product. The new product was a portable air conditioner that could be used outdoors, at tailgate parties, on golf carts, in tents, etc. Because I had used the term "Solo" in conjunction with the earlier coffee related products, I and my family decided to use the name "SoloKool" for the portable air conditioner and cooler. We obtained a

website domain for the business on November 25, 2020. The name of the website was then and still is now: www.solokool.com. We (my family and I) have worked continuously from 2018 until now to design, develop, manufacture, market, and sell portable air conditioners, coolers, and related accessories, and that effort has used the SOLOKOOL name, brand, and/or mark since at least November 25, 2020 or earlier.

7. As we got further along in developing the product, we (my family members and I) formed a limited liability corporation in Texas for the business. The limited liability corporation was formed on December 7, 2021 with the name "SoloKool LLC."

8. There was another company marketing a portable air conditioner. That company's name was IcyBreeze Cooling, LLC and they marketed their product under the ICYBREEZE name and/or trademark.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this 29th day of September 2025 in Houston, Texas.

By: *Robert Vu*
Robert Vu (Sep 29, 2025 14:48:37 CDT)
Robert Vu

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
<u>FORT WORTH DIVISION</u>**

| | | |
|---|---|---|
| SOLO BRANDS, LLC | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-CV-00799-O |
| | § | |
| v. | § | |
| | § | |
| SOLOKOOL LLC, | § | Jury Trial Demanded |
| | § | |
| *Defendant.* | § | |

## **<u>DECLARATION OF MICHAEL WILSON</u>**

1. I, Michael Wilson, am more than 18 years old and competent to make this declaration.

2. I am a resident of Bellingham, Washington and I am a citizen of the United States. I represent defendant SoloKool LLC, a Texas limited liability company. Although I now reside in Washington, most of my law practice is in Texas. I resided in and practiced in Houston, Texas for twenty-five years, with Baker Botts (associate then partner), Slusser Wilson & Partridge (partner), and Norton Rose (partner). I represented Robert Vu, one of SoloKool's owners, in patent infringement litigation that was pending in the S.D. Texas from late 2020 until early 2025 and in patent infringement litigation that was pending in the W.D. Washington.

3. I have reviewed on-line records of the United States Patent and Trademark Office at www.uspto.gov for various trademark registrations that contain the term SOLO. I compiled the following table identifying the Registration No., Registration Date, Filing Date, Use Date, trademark Class, and identified Goods covered for some of the registrations that I reviewed.

| TRADEMARK | GOODS |
|---|---|
| SOLOCHILL<br><br>Reg. No. 5434501<br>Reg. Date: 03/27/2018<br>File Date: 02/06/2017<br>Use: 02/21/2017 | IC 011. Walk-in freezers and coolers; refrigerated, heated and frozen merchandise display cases, carts, counters and platforms; mobile refrigerated and frozen merchandise display cases; refrigeration systems and equipment, sold as a unit, primarily comprised of compressors, condensers, and power sources; freezer systems and equipment, sold as a unit, primarily comprised of compressors, condensers, and power sources; centralized, distributed, parallel, self-contained, and pre-assembled refrigeration and freezer systems, primarily comprised of compressors, condensers, and power sources |
| SOLO-AIRE<br><br>Reg No. 4091545<br>Reg. Date: 01/24/2012<br>File Date: 02/24/2010<br>Use: 07/31/2011 | IC 011. Air-cooled heat exchangers not being parts of machines designed to cool a fluid by indirect heat exchange with air |
| SOLOTOUR<br><br>Reg. No. 6899206<br>Reg. Date: 11/15/2022<br>File Date: 10/09/2021<br>Use: 08/18/2021 | IC 011. Humidifiers; Air purifiers; Bread baking machines; Cook- and hold- ovens; Diving lights; Electric stoves; Hot air blowers; Ice machines and apparatus; Laser light projectors; LED light strips for decorative purposes; Outdoor portable lighting products, namely, headlamps; Plumbing fixtures, namely, shower mixers; Portable air conditioners; Portable fire pits; Portable refrigerators; Solar powered lamps; Vehicle reflectors; Wine refrigerators; Wood burning stoves; Wood fired ovens for cooking |
| SOLÔFUN<br><br>Reg. No. 6100948<br>Reg. Date: 07/14/2020<br>File Date: 12/23/2019<br>Use: 05/01/2012 | IC 011. Air-conditioning apparatus; Air sterilising apparatus; Electric cooking ovens; Electric fans; Electric skillets; Friction lighters for igniting gas; Fridge-freezers; Heating installations; Lamps; Microwave ovens; Portable electric warm air dryer; Radiators; Range hoods; Sauna bath installations; Sous-vide cookers, electric; Tap-water purifying apparatus; Water purifying units, for potable water for domestic, commercial or industrial use |
| SOLO-CONTROL<br><br>Reg No. 4209685<br>Reg. Date: 09/18/2012<br>File Date: 02/14/2012<br>Use: 01/23/2012 | IC 011. Air dampers and air damper control devices for regulating air flow in heating, air conditioning and ventilating systems, namely, remote controlled motorized dampers |
| SOLOCART<br><br>Reg. No. 6888963<br>Reg. Date: 11/01/2022<br>File Date: 10/06/2021<br>Use: 05/01/2021 | IC 012. Motorized golf carts |

| TRADEMARK | GOODS |
|---|---|
| SOLOHIKE<br><br>Reg No. 6593811<br>Reg. Date: 12/21/2021<br>File Date: 12/07/2020<br>Use: 12/01/2020 | IC 021. Bowls; Buckets; Chopsticks; Drinkware; Flasks; Saucepans; Saucers; Baskets for household purposes; Cages for pets; Camping grills; Containers for household or kitchen use; Cookware, namely, pots and pans; Cups and mugs; Sports bottle belts for running, hiking, biking; Tea sets |
| SOLOWILDER<br><br>Reg. No. 6905528<br>Reg. Date: 11/22/2022<br>File Date: 10/21/2021<br>Use: 04/15/2021 | IC 011. Chimney flues; Cooking grates adapted for barbecue grills; Cooking stoves; Folding portable charcoal, propane and gas fired barbecues, stoves, and grills; Heating boilers; Pipes for heating boilers; Portable stoves; Wood burning cooking stoves; Wood burning stove louvers, blowers, and dampers, and ash pans for wood burning stoves; Wood burning stoves |

4. On September 28, 2025, I accessed the website for solobrands.com and at the bottom of the landing page the following image was displayed.

[Image of solo brands website footer showing sections: About Solo Brands (Careers, Overview, A Letter to Our Customers, The Solo Brands Difference, Our Story, Our Culture, Privacy Policy); Our Values (Overview, Initiatives, Learn about Foundation 43, Learn about One Tree Planted); Shop Our Brands (Solo Stove, Chubbies, Oru Kayak, ISLE, IcyBreeze)]

The IcyBreeze portion in the lower right corner contained an embedded link that directed to icybreeze.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on this 29th day of September 2025 in Bellingham, Washington.

By: *Michael Wilson*
      Michael Wilson

3

Appendix 6